UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RACHEL ROUSSEAU** | ) | |
| | ) | |
| Plaintiff, | ) | **Case:** 1:23-cv-04641 |
| | ) | |
| v. | ) | |
| | ) | |
| **AADINATHNAM CORP. d/b/a DUNKIN' DONUTS,** | ) ) | |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | |

## SCHEDULING ORDER

The parties, having held a scheduling conference attended by Alexander Taylor, Esq. for the Plaintiff and Joseph Lemersal for the Defendant, as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A) The parties believe that an early settlement conference **may result in the disposition of the case**.

(B) The parties shall have until **October 20, 2023** to make Rule 26(a)(1) disclosures.

(C) Amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by **November 20, 2023.** Amendments thereafter may be made only on motion for good cause shown.

(D) Non-expert discovery will close on **February 29, 2024**.

(E) The cut-off date for designation of plaintiff's trial expert(s) as provided in Fed. R. Civ. P. 26(a)(2) is **March 19, 2024**;for defendant's trial expert(s), **April 19, 2024**. Depositions of the experts shall be taken within **30** days of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

**Dispositive Motions**

      Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be set on a date determined by the court, approximately two weeks before the close of discovery. At this time, the parties will report on any outstanding discovery issues, as well on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

      Also at this status hearing, the court will set a schedule for disposition of the case, including trial dates.

**Consent to Proceed Before a Magistrate Judge**

      The parties **do not consent to have their case proceed before a magistrate judge**.

ENTER:

Date: September 27, 2023

                                      JOAN HUMPHREY LEFKOW
                                          U.S. District Judge

Revised: 10/12